UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-51 |
| | ) | (JORDAN/SHIRLEY) |
| JOHNNIE MARTIN, | ) | |
| AARON BROOKS, and | ) | |
| DEANTAY MONTGOMERY | ) | |
| | ) | |
| Defendants. | ) | |

## **DETENTION ORDER**

This matter came before the undersigned on May 8, 2007, for a scheduled detention hearing. Assistant United States Attorney David Jennings was present representing the government. Attorney Dennis Francis was present representing Defendant Johnnie Martin; Attorney Roland E. Cowden was present on behalf of Aaron Brooks; Attorney Michael McGovern was present representing Deantay Montgomery. All three defendants were present. The Court received testimony from Special Agent Bethyl Poston and defendant Montgomery and considered arguments of counsel.

In the Court's oral ruling, a complete review and analysis of the parties' positions, issues, and facts were stated. That specific and detailed oral ruling is attached hereto and made a part of this Order as if stated herein verbatim.

For the reasons stated therein, I find, pursuant to 18 U.S.C. § 3142, that (1) the government has met the burden of establishing by a preponderance of the evidence that these three defendants are each a flight risk and each of the three pose a risk of non-appearance as required if

released, and (2) the government has met the burden of establishing by clear and convincing evidence that the release of Johnnie Martin, Aaron Brooks and Deantay Montgomery, individually, would pose a danger to the community. Furthermore, the Court finds that there are no conditions or combination of conditions of release that would reasonably assure the Court that Johnnie Martin, Aaron Brooks and Deantay Montgomery would appear as ordered and not pose a danger to the safety of any other person or the community

It is therefore **ORDERED** that these three defendants, Johnnie Martin, Aaron Brooks and Deantay Montgomery, be detained. They are committed to the custody of the Attorney General or his designated representative for confinement in a correction facility separate to the extent practicable from persons awaiting sentencing or serving sentences or being held in custody pending appeal. Defendants shall be afforded a reasonable opportunity for private consultation with defense counsel. Upon order of this Court or a Court of the United States or upon request of the attorney for the government, the person in charge of the corrections facility shall deliver Defendants to the United States Marshals for the purpose of an appearance in connection with a Court proceeding.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge