UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-51 |
| | ) | (Phillips / Shirley) |
| AARON BROOKS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. On September 14, 2007, the defendant by and through counsel made an oral Motion requesting a furlough to attend the birth of his first child whose due date is September 21, 2007. Defendant did not know at which hospital the child was to be born. Defendant is currently detained. The Court has consulted with the United States Marshal Service regarding this request. The undersigned has great sympathy for the defendant. However, given the short time frame, the manpower problems, security risks inherent in the request, and costs involved, the court does not deem this request to be reasonable in light of the extraordinary efforts required to accommodate defendant's request and at the same time protect the public and large number of persons at whatever hospital is involved, and try to provide security in such inherently unsecure locations. Further the Court previously found that the defendant's lengthy and serious prior criminal history of serious felonies coupled with his noncompliance with Court attendance and his presence in this case with significant drug quantities, money and guns all made him a serious risk of safety and a danger to the community as well as risk of flight. Accordingly, the Court finds that the

1

dangers and security issues attendant thereto are too great to grant defendant's request. Accordingly, the defendant's Oral Motion To Allow Attendance Of Birth Of First Child is **DENIED**.

**IT IS SO ORDERED.**

ENTER:

  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge