IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-51 |
| | ) | (Phillips / Shirley) |
| JOHNNIE MARTIN, | ) | |
| AARON BROOKS, | ) | |
| LASHONDA HALL, | ) | |
| TONY DARNELL MANNING, | ) | |
| MATTHEW ORR, | ) | |
| JAMES O. ROWANS II, and | ) | |
| CARLA KYLE, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter came before the Court upon a number of pretrial motions which have been addressed in a Memorandum and Order [Doc. 218] entered December 5, 2007. The Court discussed the merits of Defendant LaShonda Hall's Motion to Require the Government to Reveal Any Agreements With or Concessions to Witnesses That May Influence Their Testimony [Doc. 130] at [Doc. 218 § D] pages 13 - 15, along with similar requests by other defendants. However, due to a drafting oversight, the Court's conclusion did not include a stated disposition for this motion or Defendant Johnnie Martin's Request for Disclosure of Exculpatory Evidence [Doc. 170].

1

For the reasons set forth at [Doc. 218, § D] pages 13 - 15, Hall's Motion to Require the Government to Reveal Any Agreements With or Concessions to Witnesses That May Influence Their Testimony **[Doc. 130]** is **DENIED**; and Martin's Request for Disclosure of Exculpatory Evidence **[Doc. 170]** is **DENIED**.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.   
United States Magistrate Judge