IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
                                    )
        v.                          )       No. 3:07-CR-51
                                    )       (Phillips / Shirley)
JOHNNIE MARTIN,                     )
AARON BROOKS,                       )
LASHONDA HALL,                      )
TONY DARNELL MANNING,               )
MATTHEW ORR,                        )
JAMES O. ROWANS II, and             )
CARLA KYLE.                         )
                                    )
                    Defendants.     )


**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28

U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the

District Court as may be appropriate.

This matter originally came before the Court on September 14, 2007, for a hearing on the

Motion to Withdraw, [Doc. 196], filed by Attorney Rowland Cowden as to Defendant Aaron

Brooks. The Court conducted a sealed hearing after which Mr. Brooks and Attorney Cowden

agreed to try to resolve their differences in an effort to proceed with Mr. Brooks' defense. They

asked the Court to reserve ruling on the motion until after the hearing on other pretrial motions

was conducted.

On September 25, 2007, Mr. Brooks and Attorney Cowden informed the Court that any

problems with their attorney-client relationship have been successfully resolved. Both Attorney

Cowden and Mr. Brooks expressed their belief that they are able to proceed together for the remainder of the case. Attorney Cowden asked the Court to consider his motion withdrawn and stated that it was not necessary to appoint new counsel for Mr. Brooks. Mr. Brooks confirmed his agreement. At the hearing, the Court granted the oral request to withdraw the Motion to Withdraw **[Doc. 196]** and it is herein **DENIED** as moot.

      **IT IS SO ORDERED.**

                           ENTER:

                                __s/ C. Clifford Shirley, Jr.__
                               United States Magistrate Judge