UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| AARON BROOKS, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Nos.: 3:07-CR-51-TAV-HBG<br>3:14-CV-459-TAV |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

## ORDER

For the reasons expressed in the accompanying memorandum opinion filed herewith, Petitioner's motion for relief pursuant to 28 U.S.C. § 2255 is **DENIED and DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close the civil case.

Petitioner has failed to make a substantial showing of the denial of a constitutional right, therefore, a certificate of appealability **SHALL NOT ISSUE**. 28 U.S.C. § 2253; Fed. R. App. P. 22(b). In addition, the Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**IT IS SO ORDERED**.

ENTER:

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT