UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,
                    Plaintiff,

                                              No. 3:07-cr-51-05

            v.
                                              Judge Varlan

AARON BROOKS,
                    Defendant.

## MOTION TO SEAL

The United States moves to seal medical records submitted as an exhibit to its response

in opposition to defendant's motion for compassionate release (Doc. 869).  A copy of the records

was also sent to defendant on this date.

                            Respectfully submitted,

                            J. Douglas Overbey
                            United States Attorney

                   By:      *s/ Debra A. Breneman*
                            Debra A. Breneman
                            Assistant United States Attorney
                            PA Bar No. 93171
                            debra.breneman@usdoj.gov
                            800 Market Street, Suite 211
                            Knoxville, Tennessee  37902
                            (865) 545-4167

**Certificate of Service**

I certify that on July 31, 2020, this motion was filed electronically and a true copy was

sent to defendant by regular United States mail, postage prepaid, addressed as follows:

Aaron Brooks
No. 31778-074
USP Coleman I
P.O. Box 1033
Coleman, FL 33521

*s/ Debra A. Breneman*
Debra A. Breneman
Assistant United States Attorney

2