IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

---

| | |
|---|---|
| **UNITED STATES OF AMERICA** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 07-CR-00051<br>) JUDGE VARLAN |
| **AARON BROOKS** | )<br>)<br>) |
| Defendant, | )<br>) |

---

## MOTION TO FILE UNDER SEAL

## SUPPLEMENT TO MOTION FOR COMPASSIONATE RELEASE

---

Aaron Brooks, by and through counsel, moves the Court to file Defendant's Supplement to Motion for Compassionate Release under seal. In support thereof, he would show that this motion includes confidential medical information which should not be publicly released.

        Respectfully submitted,

        FEDERAL DEFENDER SERVICES
        OF EASTERN TENNESSEE, INC.

    By    *s/Elizabeth B. Ford*
            Elizabeth B. Ford
            BOPR No. 5041
            Community Defender
            800 S. Gay St, Suite 2400
            Knoxville, Tennessee 37929
            (865) 637-7979

*s/Kayla Rask*  
Kayla Rask  
University of Tennessee,  
College of Law Intern  
Approved under S.O. 13-04